# In The United States Court of Federal Claims

Cover Sheet 06-115 C

Plaintiff(s) or Petitioner(s) Danny C. Simonis & Sally J. Simonis

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Susan Rose (& Schildmeyer)

Firm Name:

Post Office Box:

Street Address: 9553 S. Indian Ridge

City-State-Zip: Sandy, UT 84092

Telephone & Facsimile Numbers: 801 545 0441

E-mail address: Susan-rose@comcast.net

Is the attorney of record admitted to the Court of Federal Claims Bar? ______

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: DOJ

See attached Sheet for three digit code.

Amount Claimed: $ 45 million dollars in equity

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005