IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS and<br>SALLY J. SIMONS<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-115C<br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay Williams as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street NW
Washington D.C. 20530

Dated: March 16, 2006

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624