Susan Rose, Utah Bar No. 7985
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/Fax 801-545-0441

In the United States Court of Federal Claims
No. 06-115C

| | | |
|---|---|---|
| ************************************ | ) | |
| DANNY C. SIMONS and SALLY J. SIMONS | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Judge Susan G. Braden |
| THE UNITED STATES | ) | |
| *Defendant* | ) | |

# MEMORANDUM IN SUPPORT OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE VOLUMES OF EXHIBITS FROM THE SIMONS' ADMINSTRATIVE AND PREVIOUS JUDICIAL FILE DOCUMENTS IN PAPER AND BOUND FORM

NOW COMES THE PLAINTIFFS, pursuant to the Rules of the Court of Federal Claims, at Rule 7, by and through undersigned counsel, hereby respectfully moves this Court for leave to file extensive volumes I and II of key administrative and previous judicial documents, many referenced in the verified Complaint, pursuant to RCFC at Rule 5.2, for the reasons set forth in the attached memorandum of fact and law.

So Signed this 16th day of March, 2006

______________________________

Susan Rose, Utah Bar No. 7985
Counsel for the Plaintiffs
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax 801-545-0441

A true and correct copy of this motion, memorandum and order is being served electronically and by mail this 16th day of March, 2006 to opposing Counsel
Lindsay Williams
Trial Attorney
Commercial Litigation Division
Civil Division
Department of Justice
Washington, D.C. 20530
ATTENTION: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

Susan Rose, Utah Bar No. 7985
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/Fax 801-545-0441

In the United States Court of Federal Claims
No. 06-115C

| | | |
|---|---|---|
| *********************************** | ) | |
| DANNY C. SIMONS and SALLY J. SIMONS | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Judge Susan G. Braden |
| THE UNITED STATES | ) | |
| *Defendant* | ) | |

# MEMORANDUM IN SUPPORT OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE VOLUMES OF EXHIBITS FROM THE SIMONS' ADMINSTRATIVE AND PREVIOUS JUDICIAL FILE DOCUMENTS IN PAPER AND BOUND FORM

NOW COMES THE PLAINTIFFS, pursuant to the Rules of the Court of Federal Claims, at Rule 7, by and through undersigned counsel, hereby respectfully moves this Court for leave to file extensive volumes I and II of key administrative and previous judicial documents, many referenced in the verified Complaint, pursuant to RCFC at Rule 5.2, for the reasons as follows:

1. The maximum size of an electronic file is 2 mb. The volumes I and II are approximately 200 pages, and scanned as a graphic pdf file

will exceed necessitate separating these two volumes into numerous 2mb files.

2. Additionally, Counsel would necessarily have to spend an estimated 12 to 15 hours in scanning the documents, whereas they are already printed and bound with a list of the documents, and often with dividers explaining the document's importance.

3. The copies as obtained from the government are often poor and may be of poorer quality when scanned.

4. Having the entire file together in one place rather than in several 2 mb files is going to be less confusing, will facilitate any discussions of the case, and will assist any alternative dispute resolution, if the government is so inclined to approach ADR as this Court encourages.

5. Now that a notice and entry of appearance has been made for the United States, having leave to serve opposing counsel immediately will expedite the process for answering the complaint enormously, clarify and simplify the case for opposing counsel and the court, particularly as a chart of the case is in the front of volume I. Overnight delivery can be effectuated so as to allow opposing

counsel and the court to receive the exhibits by Monday, March 20, 2006.

In conclusion, the Plaintiffs respectfully move this Court for leave to file their volumes of exhibits, many incorporated into the Verified Complaint by page reference for good cause shown.

So signed this 16th day of March, 2006

________________________________

Susan Rose, Utah Bar No. 7985
Counsel for the Plaintiffs
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax 801-545-0441

A true and correct copy of this motion, memorandum and order is being served electronically and by mail this 16th day of March, 2006 to opposing Counsel
Lindsay Williams
Trial Attorney
Commercial Litigation Division
Civil Division
Department of Justice
Washington, D.C. 20530
ATTENTION: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

Susan Rose, Utah Bar No. 7985
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/Fax 801-545-0441

In the United States Court of Federal Claims

No. 06-115C

| | | |
|---|---|---|
| ************************************ | ) | |
| | ) | |
| DANNY C. SIMONS and | ) | |
| SALLY J. SIMONS | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Judge Susan G. Braden |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| *Defendant* | ) | |
| | ) | |

ORDER GRANTING

PLAINTIFFS' MOTION FOR LEAVE TO FILE VOLUMES OF EXHIBITS FROM THE SIMONS ADMINSTRATIVE AND PREVIOUS JUDICIAL FILE DOCUMENTS IN PAPER AND BOUND FORM

NOW COMES THE COURT, having received and reviewed the Plaintiffs motion, hereby grants their motion for leave to file volumes of exhibits from the Simons' administrative and previous judicial files, rather than electronically, for good cause shown.

So Signed this _________ day of March, 2006

________________________________
Judge Susan G. Braden