# In the United States Court of Federal Claims

No. 06-115C
Filed: April 3, 2006

```
*************************************
                                    *
DANNY C. SIMONS and                 *
SALLY J. SIMONS,                    *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
        Defendant.                  *
                                    *
*************************************
```

**ORDER**

Plaintiffs' March 17, 2006 Motion for Leave to File Volumes of Exhibits in Paper and Bound Form is, hereby, **GRANTED**.

**IT IS SO ORDERED.**

/s Susan G. Braden
**SUSAN G. BRADEN**
**Judge**