# In the United States Court of Federal Claims

No. 06-115C
Filed: April 3, 2006

***********************************
DANNY C. SIMONS and SALLY J. SIMONS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER

Plaintiffs' March 17, 2006 Motion for Leave to File Volumes of Exhibits in Paper and Bound Form is, hereby, **GRANTED**.

**IT IS SO ORDERED.**

/s Susan G. Braden
**SUSAN G. BRADEN**
**Judge**