# In the United States Court of Federal Claims

**06-115C**

**Filed: April 3, 2006**

**DANNY C. SIMONS and**
**SALLY J. SIMONS**

**v.**

**THE UNITED STATES**

PLAINTIFFS RULE 15 AMENDED VERIFIED COMPLAINT FOR REPUDIATION AND BREACH OF CONTRACT, DIRECTLY-RELATED TORT AND U.S. CONSTITUTIONAL TAKINGS DAMAGES IN EXCESS OF $45 MILLION DOLLARS INCORPORATING VOLUMES 1 AND 2 OF EXHIBITS HEREIN

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.