IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests a 30 day enlargement of time, from April 17, 2006, until May 17, 2006, to respond to plaintiff's amended complaint. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with Susan Rose, plaintiffs' counsel, about this enlargement of time, who stated that she does not oppose this enlargement.

In support of this motion, defendant's counsel states that he was just assigned this case and did not enter his appearance until April 13, 2006. The amended complaint filed by plaintiffs is 112 pages long, and alleges facts concerning a dispute between plaintiffs and the Internal Revenue Service ("IRS") which has been ongoing for more than 30 years. Defendant's counsel has not received a litigation report from the IRS. Because of these factors, defendant's counsel has been unable to formulate a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States
Department of Justice
ATTN: Classification Unit
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-1618
Facsimile: (202) 514-8640

DATED: April 17, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 17 th day of April, 2006, a copy of the Defendant's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell