# In the United States Court of Federal Claims

**NOTICE**

**DANNY C. SIMONS and**
**SALLY J. SIMONS**

**No. 06-115 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., April 18, 2006**

To Attorney of Record, Assistant Attorney General, and Judge Braden:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed April 17, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk