IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO FILE CORRECTED MOTION TO DISMISS

Pursuant to Rules 1 and 5.2 of the Rules of the Court of Federal Claims, defendant respectfully requests the Court grant leave to file a corrected motion to dismiss. In support of this motion, defendant states that when it electronically filed its motion to dismiss it inadvertently failed to attach to the motion the table of contents and table of authorities required by Rule 5.2. The corrected motion would contain the table of contents and table of authorities but otherwise would remain the same as the original motion to dismiss.

WHEREFORE, defendant respectfully requests that the Court grant leave to file a corrected motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-0282

Dated: June 15, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 15th day of June, 2006, a copy of the Defendant's Motion For To Dismiss was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell