# In the United States Court of Federal Claims

No. 06-115C

Filed: June 29, 2006

***********************************
DANNY C. SIMONS and
SALLY J. SIMONS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

Defendant's June 15, 2006 Motion to File Corrected Motion to Dismiss is, hereby, **GRANTED**. Defendant will file a Corrected Motion to Dismiss on or before **July 15, 2006**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**