Susan Rose, Utah Bar. No. 7985
ATTORNEY FOR THE PLAINTIFFS
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax (801) 545-0441

**UNITED STATES COURT
OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA, *Defendant*.

Case No. 06-115
Judge Susan Braden

PLAINTIFFS' RCFC RULE 7 AND 15 TO CORRECT A CLERICAL ERROR ON THE SIMONS REPLY TO THE DEFENANTS RESPONSE TO THEIR MOTION TO STRIKE AND TO THEIR SUMMARY JUDGMENT MOTION

NOW COME THE PLAINTIFFS, by and through undersigned counsel, under RCFC Rule 7 AND 15 to move this Court to allow the Simons to file their motions with the /s/ symbol and proper filing dates on these motions and memorandum as attached and corrected.

So Signed this 14th day of July, 2006

________/s/________________________

Susan Rose, Utah Bar. No. 7985
*Counsel for the Plaintiffs*
9553 S. Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441
susan_rose@comcast.net

Susan Rose, Utah Bar. No. 7985
ATTORNEY FOR THE PLAINTIFFS
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax (801) 545-0441

**UNITED STATES COURT**
**OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA,
*Defendant*.

Case No. 06-115
Judge Susan Braden

---

ORDER GRANTING THE
PLAINTIFFS' RCFC RULE 7 AND 15 TO CORRECT A CLERICAL ERROR ON THE SIMONS REPLY TO THE DEFENANTS RESPONSE TO THEIR MOTION TO STRIKE AND TO THEIR SUMMARY JUDGMENT MOTION

---

NOW COME THE COURT, having received and reviewed the Plaintiffs motion to correct their reply to the defendants' response to the Simons motion to strike the defendants motion to dismiss, and the Simons summary judgment motion filed July 13, 2004, hereby grants the Plaintiffs motion to correct their clerical oversights for good cause shown.

So Signed this 14th day of July, 2006

________/s/_______________________
Judge Susan Braden