Susan Rose, Utah Bar. No. 7985
ATTORNEY FOR THE PLAINTIFFS
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax (801) 545-0441

**UNITED STATES COURT
OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA, *Defendant*.

Case No. 06-115
Judge Susan Braden

---

## PLAINTIFFS' MOTION FOR A HEARING ON THEIR MOTIONS TO STRIKE

NOW COME THE PLAINTIFFS, by and through undersigned counsel, under RCFC 7 to respectfully move this Court for a hearing on their motions to strike, to preserve the Court's resources and expedite proceedings, as found in the Simons' memorandum of law attached hereto.

So Signed this 19th day of July, 2006
/s/ Susan Rose, Utah Bar. No. 7985
*Counsel for the Plaintiffs*
9553 S. Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441susan_rose@comcast.net
It is understood by Counsel that this case is an electronic file case and service to opposing counsel will be performed by the Court.

Susan Rose, Utah Bar. No. 7985
ATTORNEY FOR THE PLAINTIFFS
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax (801) 545-0441

**UNITED STATES COURT**
**OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA, Case No. 06-115
*Defendant*. Judge Susan Braden

---

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS' MOTION FOR A HEARING ON THEIR MOTIONS TO STRIKE**

---

NOW COME THE PLAINTIFFS, by and through undersigned counsel, under RCFC 7 to respectfully move this Court for a hearing on their motions to strike, to preserve the Court's resources and expedite proceedings, as found in the Simons' memorandum of points and authority that follow:

The Plaintiffs' motions to strike are made to expedite the proceedings, notify the Court, as is this Counsel's duty as an officer of the Court, of any attempt to mislead this court based on foundation less factual assertions, that also malign, harass, embarrass the Simons further, and based on misrepresented law that the government knew was in error, making it irrelevant, immaterial, prejudicial, and misleading in violation of RCFC Rule 11. The Simons assert the defendants' filings lack civility, are without any foundation whatsoever, and only have the effect of confusing this or appeals courts, prejudicing the Court against the Simons as before, and prolonging litigation

unnecessarily. The Simons motions to strike and this Court's ruling to grant them if the Court finds them justified, significantly clears the Court record, expedites a hearing for summary judgment, and protects the Simons from all such false claims and law in future appeals, protecting the integrity of those courts, no matter who appeals.

The motions keep the trial record clear of any confusion, unnecessary and immaterial and irrelevant verbage, preserve its integrity, impartiality, and facilitates justice. And, a hearing can simplify the clerk's and Court's duties to provide a just determination of the case, inexpensively and fairly by RCFC at Rule 1.

In over a quarter of a century, the Simons have never had a hearing in an *impartial* Court of proper exclusive jurisdiction with their evidence and facts in place to articulate their claims of breach of the 1983 fully paid contract. The motions to strike address all the issues of this Court's jurisdiction, equitable tolling powers, and the validity of the Simons standing and lack of any defense by the government to rebut the Simons position, showing the futility of the government's motion to dismiss and why it should not only be denied, but completely eliminated for purposes of a base less appeal.

A hearing to debate these issues, simplifies the Court's burden, and allows for an exposition of the parties positions in a timely, respectable and considered manner, leaving only summary judgment and dismissal motions to be addressed. The nice thing about this case is the evidence is all nearly complete, and the facts stated with specificity and identified with mostly IRS documents, to facilitate the government's answer to the complaint. A lot of the work is already done. Plaintiffs' respectfully request that, if no additional expense is incurred by the Parties, that the hearing be set in Salt Lake City, Utah under RCFC Rule 77.1(b) to facilitate a the appearance of a couple of witnesses,

and any trial possible large exhibits that may not carry easily on an airplane. No reporter is requested as the proceedings may be taped. As this Court is already aware, a hearing also allows the Court to hear and see the demeanor, attitude, and nuances of the counsel and witnesses, that at times, can be determinative in how their statements or exhibits are weighed by the Court.

To hold a hearing is within the Court's discretion as it finds to be fair and just, and likewise as to the times and locations under RCFC Rule 77.1, as long as the costs are not prohibitive. The Simons pray to the Court that it may so grant a hearing for good cause shown, in as quick a time as the Court determines is reasonable, and grant all other relief as this Court may find to be fair in equity and just under the law.

So Signed this 19th day of July, 2006
/s/ Susan Rose, Utah Bar. No. 7985
*Counsel for the Plaintiffs*
9553 S. Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441susan_rose@comcast.net
It is understood by Counsel that this case is an electronic file case and service to opposing counsel will be performed by the Court.

**UNITED STATES COURT**
**OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA, *Defendant*.

Case No. 06-115
Judge Susan Braden

---

**ORDER GRANTING**
**PLAINTIFFS' MOTION FOR A HEARING ON THEIR MOTIONS TO STRIKE**

NOW COMES THE COURT, having received and reviewed the Simons' motions to strike and their motion for a hearing on those motions, hereby grants the same, for good cause shown.

The time of the hearing will be set at ________________ am/pm.
The location of the hearing will be at ______________________________________

The Hearing will involve the following docket entries by number ____________________.

Special Instructions:

So Signed this ________ day of July, 2006

_________________________________
Judge Susan Braden