IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO THE SIMONS' MOTION FOR HEARING

In response to the Simons' motion for a hearing on their motions to strike, defendant respectfully states that it has no objection to a hearing where the primary focus is upon the Government's motion to dismiss. The Simons are seeking to strike the Government's motion to dismiss, and the Government's opposition to the Simons' motion to strike the motion to dismiss. The motions to strike cannot realistically be considered independently of the motion to dismiss that they request that the Court strike. The Simons can raise all of the issues in their motions to strike in their arguments in opposition to the Government's motion.

The Government objects to the Simons' proposed format for the hearing in that they apparently seek to call witnesses, and use unidentified exhibits. The primary issue raised by the Government in its motion to dismiss is that the Simons' complaint should be dismissed as barred by the doctrine of res judicata. As our motion to dismiss and other filings establish, all of the issues the Simons raise here were, or could have been, raised by them in the action in the District Court for the District of Utah. The Simons' primary response to this has been that district courts do not possess jurisdiction to consider cases where the Government is seeking more than $10,000 in taxes. These issues are strictly issues of law. No witnesses, therefore, are required, nor are

exhibits necessary. Although defendant will, obviously, participate in the hearing wherever the Court chooses to schedule it, we see no reason that it should not be held in Washington, DC, with the Simons allowed to appear by telephone if they so choose.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-0282
Attorneys for Defendant

Dated: August 2, 2006

Certificate of Filing

I hereby certify that on this 2nd day of August, 2006, a copy of the DEFENDANT'S RESPONSE TO THE SIMONS' MOTION FOR HEARING was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell