IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests a 30 day enlargement of time, from August 14, 2006, until September 13, 2006, to respond to plaintiffs' motion for summary judgment.[1] This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with Susan Rose, plaintiffs' counsel, about this enlargement of time, who stated that she opposes this enlargement.

In support of this motion, defendant states that the plaintiffs have submitted 152 proposed findings of fact in support of their motion for summary judgment. The proposed findings contain allegations concerning events as far back as the 1970's. Neither the Department of Justice nor the Internal Revenue Service have yet been able to obtain all of the records necessary to respond to these proposed findings from the Federal Records Center. Thus, defendant's counsel has been unable to formulate a response to the plaintiffs' proposed findings of fact or their motion for summary judgment.

Accordingly, defendant requests that this Court grant defendant an additional 30 days

[1] Defendant previously filed a motion to stay its response to the plaintiffs' summary judgment motion until after the Court acts upon defendant's motion to dismiss. If the Court grants that motion, that decision likely will moot this motion for an enlargement.

time to respond to plaintiffs' motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States
Department of Justice
ATTN: Classification Unit
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-1618
Facsimile: (202) 514-8640

DATED: August 8, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 8th day of August, 2006, a copy of the Defendant's Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell