EXHIBIT 1- GOVERNMENT BILLING ON '7412" 1974 AFTER THE SIMONS' $55,000 PAYMENT

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY. DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

100649

CUT HERE

Return this voucher with your inquiry or correspondence.

Your Telephone Number: ( ) ____-________

Best Time to Call: _____AM____PM

63,904 0 1,042

☐ **Correspondence enclosed:**
- Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence.

SB 200404 07 86254-416-18011-4

2A Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742-9019

DAN C SIMONS
9016 S 1300 E
SANDY UT 84094-3126166

[redacted] IL SIMO 30 0 197412 670 00000[redacted]

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( ) ____-________

Best Time to Call: _____AM____PM

63,904 0 1,042

**Amount you owe: $4,189.83**
- You will avoid additional penalties and/or interest if we receive your full payment by March 1, 2004

☐ **Amount enclosed: $______**
- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

SB 200404 07 86254-416-18011-4

22A Internal Revenue Service
Cincinnati, OH 45999-0149

DAN C SIMONS
9016 S 1300 E
SANDY UT 84094-3126166

13960