# In the United States Court of Federal Claims

No. 06-115C

Filed: September 5, 2006

***********************************
*
DANNY C. SIMONS and *
SALLY J. SIMONS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Plaintiffs' August 30, 2006 Motion to Withdraw Plaintiffs' August 11, 2006 Motion for Sanctions is **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**