IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY

Pursuant to Rules 1 and 7 of the Rules of the Court of Federal Claims, defendant respectfully submits this opposition to the Simons' motion to stay.

In support of this opposition, defendant states that the motion the Simons have filed in the District Court for the District of Utah pursuant to Rule 60 of the Federal Rules of Civil Procedure does not support a motion to stay this action. Regardless of the action that the district court takes upon that motion, the Simons have no colorable claim in this Court. Defendant's motion to dismiss, and several other briefs, have established that the Simons' amended complaint should be dismissed because of the doctrine of res judicata, in that all of the issues raised in the complaint were or should have been raised by the Simons in the district court. Those briefs also established that this action is untimely, and that the Court does not possess jurisdiction to consider their tort and takings claims. Because we have briefed these issues several times, we will not repeat those arguments here.

The arguments that the Simons make in their Rule 60 motion have already been rejected by the district court and the Court of Appeals for the Tenth Circuit. E.g., United States v. Simons, 86 Fed. Appx. 377, 378 (10th Cir. 2004) ("Simons IV"). The Simons have produced no

new evidence which suggests that they will be more successful raising these arguments in the district court post appeal. In the Tenth Circuit, Rule 60 relief is discretionary and warranted only in exceptional circumstances. Johnston v. Cigna Corp., 14 F.3d 486, 497 (10th Cir. 1993). Where the district court and the Tenth Circuit have already rejected all of the Simons' arguments, there is no reason to believe that they will be able to overcome this difficult standard. Thus, there is no reason to stay this action while the Simons restate their meritless arguments to the district court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-0282
Attorneys for Defendant

Dated: September 18, 2006

Certificate of Filing

I hereby certify that on this 18th day of September, 2006, a copy of the defendant's opposition to plaintiff's motion to stay was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell