IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-115C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO THE SIMONS' RCFC 59 AND 60 MOTION FOR CLARIFICATION, AMENDMENT AND RECONSIDERATION/REVERSAL OF THE COURT'S NOV. 29, 2006 ORDER OF DISMISSAL

Defendant respectfully submits this response to the Simons' motion for clarification, amendment and reconsideration/reversal of the Court's November 29 [sic], 2006 order of dismissal. The Simons invoke Rules 59 and 60 of the Rules of the Court of Federal Claims as the basis of their motion. However, the Simons' reliance upon RCFC 60 is in error. RCFC 60, like Rule 60 of the Federal Rules of Civil Procedure, provides that the Court "may relieve a party or a party's legal representative from a final judgment, order or proceeding ..." RCFC 60(b) (emphasis added). Here, the Court has not entered a final judgment or order. The circuit courts of appeal have repeatedly held that a party may not rely upon Rule 60(b) when it seeks reconsideration of a non-final order. E.g., Santamarina v. Sears, Roebuck & Co., 466 F.3d 570, 571 (7th Cir. 2006); Prudential Real Estate Affiliates, Inc. v. PPR Realty, Inc., 204 F.3d 867, 880 (9th Cir. 2000).

The Simons may seek reconsideration pursuant to RCFC 59. Rule 59 prohibits the non-moving party from filing a response to a motion for reconsideration unless requested by the court. For this reason, and because we have responded to the Simons' arguments in several

earlier briefs, we will not file a response to the Simons' motion unless requested to do so by the Court.[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-0282
Attorneys for Defendant

Dated: December 11, 2006

[1] With respect to the Simons' assertion on page 2 of their motion that "the Court promised the Plaintiffs a hearing on their claims," defendant is not aware of any such "promise" by the Court to the Simons.

Certificate of Filing

I hereby certify that on this11th day of December, 2006, a copy of the Defendant's Response to the Simons' Rcfc 59 and 60 Motion for Clarification, Amendment and Reconsideration/Reversal of the Court's Nov. 29, 2006 Order of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell