# In the United States Court of Federal Claims

No. 06-115C

Filed: December 18, 2006

| | |
|---|---|
| DANNY C. SIMONS and SALLY J. SIMONS, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

**ORDER**

Plaintiffs' December 15, 2006 Unopposed Motion For A 30 Day Extension is, hereby, **GRANTED**. Plaintiffs may file a Second Amended Complaint on or before **January 16, 2007**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**