Susan Rose, Utah Bar. No. 7985
ATTORNEY FOR THE PLAINTIFFS
9553 South Indian Ridge Drive
Sandy, Utah 84092
Phone/fax (801) 545-0441

**UNITED STATES COURT**
**OF FEDERAL CLAIMS**

Danny C. Simons and Sally J. Simons

*Plaintiffs*,
vs.
UNITED STATES OF AMERICA,
*Defendant*.

Case No. 06-115
Judge Susan Braden

---

PLAINTIFFS' MOTION TO STAY PROCEEDINGS

---

NOW COME THE PLAINTIFFS, by and through undersigned counsel, under RCFC Rule 62 and 7 to move this Court to stay judgment and further proceedings pending appeal of this Court's November 30, 2006 order of dismissal of the Plaintiffs' complaint, and the U.S. District Court of Utah, central division's, refusal to vacate its void judgment/order and remand the Plaintiffs' and all claims arising from the government's breach of the 1983 stipulated U.S. Tax Court decision contract to this Court, as based upon the supporting memorandum of fact and law, submitted herewith.

So Signed this 8th day of January, 2007

/s/ Susan Rose, Utah Bar. No. 7985
*Counsel for the Plaintiffs*
9553 S. Indian Ridge Drive
Sandy, Utah 84092