# In the United States Court of Federal Claims

DANNY C. SIMONS AND SALLY J. SIMONS,)
) Electronic Filing
Plaintiffs, )
) No. 06-115C
v. )
) The Honorable Judge Braden
THE UNITED STATES, )
)
Defendant.

**PLAINTIFFS' MOTION FOR THE COURT TO APPLY THE CFCR 56 STANDARD FOR DISMISSAL INSTEAD OF RULE 12 STANDARD**

**NOW COME THE PLAINTIFFS**, by and through undersigned counsel to move the Court to ask counsel for briefing as to whether CFCR Rule 56 instead of Rule 12 should applied, instead of the Rule 12 and judicial doctrines as the Court used, based upon the phone conference of the Court yesterday at 4 p.m. e.t. based upon the supporting memorandum of fact and law.

So Signed this 11th of January, 2007

________/s/___________________

Susan Rose, (Utah Bar No. 7985)
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441

CERTIFICATE OF SERVICE

This is an electronic filing case and it is understood that this motion will be electronically transmitted by the Court to : /s/ Susan Rose
MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530 Attention: Classification Unit 8th Floor, 1100 L Street, N.W.
Washington, DC 20530