# In the United States Court of Federal Claims

DANNY C. SIMONS AND SALLY J. SIMONS,)
) Electronic Filing
Plaintiffs, )
) No. 06-115C
v. )
) The Honorable Judge Braden
THE UNITED STATES, )
)
Defendant.

**PLAINTIFFS' MOTION TO DISQUALIFY THE COURT AND MOVE THE CASE TO ANOTHER JUDGE FOR A NEW TRIAL AND REPLY TO THE U.S.' RESPONSE**

**NOW COME THE PLAINTIFFS**, by and through undersigned counsel pursuant to the Rules of the Court of Federal Claims 'RCFC', and 28 U.S.C. 144 and 455 and Judicial Cannon 3 for the Court to disqualify itself, and assign the case for a new trial to another judge, based upon the attached memorandum of fact and law.

So Signed this 21st day of January, 2007

________/s/___________________
Susan Rose, (Utah Bar No. 7985)
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441

CERTIFICATE OF SERVICE

This case is an electronic filing case and so it is understood that this motion will be electronically transmitted by the Court to the following counsel on this 21st day of January, 2007. /s/ Susan Rose
MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530