# In the United States Court of Federal Claims

| | |
|---|---|
| DANNY C. SIMONS AND SALLY J. SIMONS, | ) |
| | ) Electronic Filing |
| Plaintiffs, | ) |
| | ) No. 06-115C |
| v. | ) |
| | ) The Honorable Judge Braden |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | |

**CERTIFICATION OF GOOD FAITH**

I, Susan Rose, hereby certify to the Court that the motion to disqualify, reassign the case, and all other motions were placed before this Court in good faith, and without the intent to harass or cause delay, and all assertions made to this Court in behalf of the Plaintiffs are true to the best of her belief and knowledge after extensive research of fact and law.

So Signed this 24th day of January, 2007

________/s/___________________

Susan Rose, (Utah Bar No. 7985)
*Counsel for the Plaintiffs*
9553 South Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441

CERTIFICATE OF SERVICE

This case is an electronic filing case and so it is understood that this motion will be electronically transmitted by the Court to the following counsel on this 24th day of January, 2007. /s/ Susan Rose

MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Washington, DC 20530