# In the United States Court of Federal Claims

**No. 06-115 C**

**DANNY C. SIMONS AND SALLY J. SIMONS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Final Judgment, filed February 21, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed.

Brian Bishop
Clerk of Court

February 21, 2007 By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.