# United States Court of Federal Claims

**Case Number 06-115**

Danny C. and Sally J. Simons
Plaintiff,
v.
United States,
Defendant.

**AMENDED**
**NOTICE OF APPEAL**

The Honorable Judge Susan Braden

Notice is hereby given that Danny C. and Sally J. Simons, in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's dismissal judgment/order of the Plaintiffs' claims arising from the government's chain of breaches of a 1983 contract with the IRS as memorialized in the U.S. Tax Court, in two Tax Court decisions, with identical mutually stipulated-to Tax Court Rule 155 computations, and other directly associated claims, pursuant to RCFC Rule 12(b)(1),(6), *res judicata* and claim preclusion as entered in this action November 30, 2006.

Plaintiffs also now amend the January 8, 2007 Notice of Appeal to include the final judgment entered this day under RCFC Rule 58.

So signed this 21st day of February, 2007

/s/ Susan Rose, Utah Bar no. 7985
Counsel for Danny C. and Sally J. Simons
9553 South Indian Ridge Drive
Sandy, Utah 84092
(801) 545-0441 phone/fax
susan_rose@comcast.net