# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

RECEIVED
JUL 6 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2007-5078 - SIMONS V US**

**Date of docketing:** 03/06/2007

**Appeal from:** United States Court of Federal Claims case no. 06-CV-115

**Appellant(s):** Danny C. Simons and Sally J. Simons

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Michael N. O'Connell, Jr.
Susan Rose

2007-5078

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Susan G. Braden**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR 6 2007
JAN HORBALY
CLERK

**Nature of Suit: 134**

**Type of Case**: Contract - Other

DANNY C. SIMONS and
SALLY J. SIMONS,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 06-115 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: February 21, 2007.

**Notice of Appeal**: February 21, 2007.

**Fee**: $455.00 paid.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5078

DANNY C. SIMONS,
and SALLY J. SIMONS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-115,
Judge Susan G. Braden.

Authorized Abbreviated Caption[2]

SIMONS v US, 2007-5078

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.