ORIGINAL

NOTE: This order is nonprecedential.

FILED
DEC 11 2007
U.S. COURT OF FEDERAL CLAIMS

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

12/11/07

cc: Clerk's Office, CFC
Susan Rose

**ISSUED AS A MANDATE:** 12/11/07

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
DEC 11 2007
JAN HORBALY
CLERK

SIMONS V US, 2007-5078
CFC - 06-CV-115

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 12/11/07